IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-171-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SHANNON SHAMOR PETERSON, | ) | |
| | ) | |
| Defendant. | ) | |

The United States and probation SHALL respond to defendant's motion for termination of supervised release [D.E. 54] not later than September 21, 2026.

SO ORDERED. This 21 day of August, 2026.

JAMES C. DEVER III
United States District Judge