IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-171-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SHANNON SHAMOR PETERSON, | ) | |
| | ) | |
| Defendant. | ) | |

The court has considered the relevant factors. See 18 U.S.C. § 3583(e). In light of the serious nature of the offense, the need to protect the public, and the need for defendant to pay her restitution, the court DENIES defendant's motion for early termination of supervised release [D.E. 54]. See [D.E. 56].

SO ORDERED. This 18 day of September, 2026.

J. Dever
JAMES C. DEVER III
United States District Judge